1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA

10   MATTHEW C. DAVIDSON,

11              Petitioner,

12                                                  Case No. C07-5320FDB
          v.
13                                                  ORDER SETTING BRIEFING
     UNITED STATES OF AMERICA,                      SCHEDULE
14
                Respondent.
15
          Petitioner Davidson has filed a motion to vacate, set aside, or correct his sentence pursuant
16
     to 28 U.S.C. § 2255.  A briefing schedule is set as follows:
17
          •    Respondent's Answer is due Monday, August 6, 2007;
18
          •    Petitioner's Reply, if any, is due Monday, August 27, 2007;
19
          •    The Clerk shall note this matter for consideration Tuesday, August 28, 2007.
20
     SO ORDERED.
21
     DATED this 9th day of July, 2007.
22

23

24   _____
     FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE
25

26   ORDER - 1