# United States District Court

WESTERN DISTRICT OF WASHINGTON

MATTHEW C. DAVIDSON

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES OF AMERICA

CASE NUMBER: C07-5320FDB
CR03-5828FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Petitioner Davidson's Motion Pursuant to 28 U.S.C. § 2255 (Dkt #1) is DENIED, and this cause of action is DISMISSED.

2. Petitioner's Motion to Amend or Supplement his 2255 Motion (Dkt #4) is GRANTED.

3. The Government's Motion to File a Brief in Excess of Twelve Pages (Dkt #6) is GRANTED.

September 6, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk